

U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

February 14, 2006

FILED
FEB 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06 - 0 8 5 - M - 01

Ms. Lorita Miller
Courtroom Deputy
Magistrate Judge Deborah A. Robinson
333 Constitution Avenue, NW
Washington, DC 20002

      RE:    In re P0546964 (Janine Allwine, et all.)

Dear Ms. Miller:

      In response to your voicemail regarding which defendants went to trial in the demonstrator case and which defendants entered no lo pleas, I have the following names from the government's list.

The following defendants proceeded to the completion of the trial:

Thomas Ehrhardt
Judith Kelly
Stephanie Eriksen
Faith Groesbeck
Mary Parker
Ariel Vegosen
Phillip Runkel
Mary Francis
Janine Allwine
Moya Atkinson
Cynthia Farquhar
Beth Ann Friedlan
Jeanne Olson

The following defendants entered no lo pleas:

Frances Crowe
Patricia Weiland

Heather Quaine
Bernadette Cronin-Geller
Iliana Naylor
Marjorie Vancleef
Leslie Wilson

The following defendants filled out the paperwork to pay the fine on the day of the trial:

Birute Halie-Sellassie
Rafael Rodriguez
Darlene Ruthschild (paid the day before the trial)

The following defendants requested to have their case continued:

Matthew Daloisio

All of the above defendants appeared for trial on January 18, 2006 and January 19, 2006

    If you have any further questions, please do not hesitate to call me at 202-353-5082. Thank you very much.

                                 Sincerely,

                                   Angela S. George
                                   Assistant United States Attorney