UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE  P0571136 (THOMAS ERHARDT)
IN RE  P0571457 (JUDITH KELLY)
IN RE  P0546853 (STEPHANIE ERIKSEN)
IN RE  P0546833 (FAITH GROESBECK)
IN RE  P0571171 (ARIEL VEGOSEN)
IN RE  P0546784 (PHILIP RUNKEL)
IN RE  P0571354 (MARY PARKER)
IN RE  P0546877 (MARY FRANCIS)
IN RE  P0546969 (JANINE ALLWINE)
IN RE  P0546969 (MOYA ATKINSON)
IN RE  P0546971 (CYNTHIA FARQUHAR)
IN RE  P0571212 (BETH ANN FRIEDLAN)
IN RE  P0546973 (JEANNE OLSON)

**FILED**
MAR 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(DAR)   06-85M

## JUDGMENT

This cause having been tried by the Court before the Honorable Deborah A. Robinson, Magistrate Judge, the issues having been duly tried, and the Court having set forth the Court's finding in a Memorandum filed on February 14, 2006,

**IT IS ORDERED, ADJUDGED AND DECREED** that the above-named individuals, having been found guilty of the charged violation of 36 C.F.R. 7.96(g)(2), are sentenced to time served and assessed the mandatory processing fee of $25.00.

NANCY MAYER-WHITTINGTON, Clerk

Dated: 3/13/06     By: _____
                        Deputy Clerk